UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:24-cr-137- CEM-RMN

JORDANISH TORRES GARCIA

18 U.S.C. § 2119(3)
18 U.S.C. § 1201(a)(1)
18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Carjacking Resulting in Death)

On or about April 11, 2024, in the Middle District of Florida, the defendant,

JORDANISH TORRES GARCIA,

while aiding and abetting others, both known and unknown to the Grand Jury, with the intent to cause death and serious bodily harm, did take from the person and presence of K.A., by force and violence, and by intimidation, a motor vehicle that has been transported, shipped, and received in interstate and foreign commerce, that is, a 2017 Dodge Durango, bearing Florida license plate KVFF22, VIN 1C4RDJDG4HC664630 resulting in the death of K.A.

In violation of 18 U.S.C. § 2119(3).

## COUNT TWO
### (Kidnapping)

On or about April 11, 2024, in the Middle District of Florida, the defendant,

JORDANISH TORRES GARCIA,

while aiding and abetting others, both known and unknown to the Grand Jury, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold for ransom, reward, and other benefit, K.A., and in committing the offense and in furtherance of the commission of the offense, the defendant used motor vehicles and cellphones, means, facilities, and instrumentalities of interstate and foreign commerce.

In violation of 18 U.S.C. § 1201(a)(1).

## COUNT THREE
### (Use of a Firearm During and in Relation to a Crime of Violence, causing the death of K.A.)

On or about April 11, 2024, in the Middle District of Florida, the defendant,

JORDANISH TORRES GARCIA,

while aiding and abetting others, both known and unknown to the Grand Jury, did knowingly possess a firearm in furtherance of, and did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the defendants may be prosecuted in a Court of the United States—namely, the carjacking alleged in Count One of this Indictment, and in the course of

2

committing a violation 18 U.S.C. § 2119, caused the death of K.A. through the use of a firearm, and the killing constituted murder, as defined in 18 U.S.C. § 1111.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)(1).

### NOTICE OF SPECIAL FINDINGS

As to Counts One and Three, JORDANISH TORRES GARCIA:

1. Was 18 years of age [handwritten correction: "age" replacing "at"] or older at the time of the offense (18 U.S.C. § 3591(a));

2. Intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));

3. Intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

6. The death of the victim occurred during the commission or attempted commission of, or during the immediate flight from the commission of, an offense under section 1201 (18 U.S.C. § 3592(c)(1));

7. Committed the offense in an especially heinous, cruel, and depraved manner in that it involved torture or serious physical abuse of the victim (18 U.S.C. § 3592(c)(6));

8. Procured the commission of the offense by payment, or promise of payment, or anything of pecuniary value (18 U.S.C. § 3592(c)(7));

9. Committed the offense as consideration for the receipt, or in the expectation or the receipt, of anything of pecuniary value (18 U.S.C. § 3592(c)(8));

10. Committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9);

All pursuant to 18 U.S.C. §§ 3591 and 3592.

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. §§ 924(d), 981(a)(1)(C), 982(a)(5), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 2119, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation.

3. Upon conviction of a violation of 18 U.S.C. § 1201, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

4. Upon conviction of a violation of 18 U.S.C. § 924(c), 1201, or 2119, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4

5.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Stephanie A. McNeff
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JORDANISH TORRES-GARCIA

## INDICTMENT

Violation: 18 U.S.C. § 2119(3)
18 U.S.C. § 1201(a)(1)
18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1)

A true bill,

_____
Foreperson

Filed in open court this 22 day

of May, 2024.

_____
Clerk

Bail $ _____