UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                               CASE NO: 6:24-cr-137-CEM-RMN

JORDANISH TORRES-GARCIA

## NOTICE OF HEARING

**TAKE NOTICE** that an **Arraignment** is scheduled for **Thursday, June 13, 2024, at 1:30 P.M**. This hearing will be held before the **Honorable Embry J. Kidd in Courtroom No. 4C, Fourth Floor**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.

If the Defendant wishes to waive his/her presence at arraignment and enter a written plea of not guilty, he/she and his/her attorney must sign the attached form and file it with the Clerk of Court no later than two business days before the arraignment. If the written waiver is timely filed, the Defendant and his/her attorney need not appear at the arraignment. If the written waiver is not timely filed, the Defendant and his/her attorney must appear at the arraignment at the scheduled date and time.

Dated: June 6, 2024

                                              EMBRY J. KIDD
                                      UNITED STATES MAGISTRATE JUDGE

                                          By: Julie Reyes , Courtroom Deputy

Copies furnished to:

Counsel of Record

**PLEASE NOTE:** **Photo I.D.** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                  CASE NO: 6:24-cr-137-CEM-RMN

**JORDANISH TORRES-GARCIA**

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, JORDANISH TORRES-GARCIA, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____      _____
Counsel for Defendant [Signature]               Defendant

_____
Printed Name of Defense Counsel

_____
Defense Counsel Address

_____
City, State Zip Code

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

                                             _____
                                                  EMBRY J. KIDD
                                   UNITED STATES MAGISTRATE JUDGE

Date: _____