UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 6:24-cr-137-CEM-RMN

JORDANISH TORRES-GARCIA,

_____

AUSA: Megan Testerman

Defense Attorney: D. Todd Doss and Roger Weeden, Criminal Justice Act (for Torres-Garcia)

| Judge: | ROBERT M. NORWAY<br>United States Magistrate Judge | Date and Time: | May 29, 2026<br>1:59 P.M.-2:11 P.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 12 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

CLERK'S MINUTES
Motion to Modify Appointment Hearing (Doc 481 and 482)

Case called, appearances made, procedural setting by the Court.
Roger Weeden and Lori Teicher appeared by telephone.
The parties brief the Court on matters stated in the motion.
The Court denies as moot the motion at 481 and grants the motion at 482.
Order to be entered.
Court adjourned.