UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 6:24-cr-137-CEM-RMN

JORDANISH TORRES GARCIA

### NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, through undersigned counsel and pursuant to 18 U.S.C. § 3593(a), notifies the Court and defendant JORDANISH TORRES GARCIA that the United States believes the circumstances in Counts Ten through Twelve of the Third Superseding Indictment, Doc. 143, are such that, in the event of a conviction, a sentence of death is justified under 18 U.S.C. §§ 3591–3598, and that the United States will seek the sentence of death for these offenses: (1) Carjacking Resulting in Death, in violation of 18 U.S.C. § 2119(3); (2) Kidnapping Resulting in Death, in violation of 18 U.S.C. § 1201(a)(1); and (3) Discharging a Firearm During a Crime of Violence Causing Death, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)(1) (Counts Ten through Twelve), all of which carry a possible sentence of death.

The United States proposes to prove the following statutory factors pursuant to 18 U.S.C. §§ 3591(a)(2) and 3592(c) and additional non-statutory factors pursuant to 18 U.S.C. § 3592(c), as justifying a sentence of death with regard to Counts Ten through Twelve as specified below:

(A)    JORDANISH TORRES GARCIA was 18 years of age or older at the time of the offense.

(B)    <u>Statutory Threshold Factors Under 18 U.S.C. §§ 3591(a)(2)(A)–(D):</u>

1.    **Intentional Killing.** JORDANISH TORRES GARCIA intentionally killed K.A. 18 U.S.C. § 3591(a)(2)(A).

2.    **Intentional Infliction of Serious Bodily Injury.** JORDANISH TORRES GARCIA intentionally inflicted serious bodily injury that resulted in the death of K.A. 18 U.S.C. § 3591(a)(2)(B).

3.    **Intentional Participation in an Act Resulting in Death.** JORDANISH TORRES GARCIA intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants of the offense, and K.A. died as a direct result of the act. 18 U.S.C. § 3591(a)(2)(C).

4.    **Intentional Engagement in an Act of Violence, Knowing that the Act Created a Grave Risk of Death to a Person**. JORDANISH TORRES GARCIA intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that the participation in the act constituted a reckless disregard for human life, and K.A. died as a direct result of the act. 18 U.S.C. § 3591(a)(2)(D).

(C)    <u>Statutory Aggravating Factors Under 18 U.S.C. § 3592(c):</u>

1.    **Death During Commission of Another Crime.** The death of K.A. occurred during the commission or attempted commission of, or during the immediate flight from the commission of, an offense under Title 18, United States Code, Section 1201 (kidnapping). 18 U.S.C. § 3592(c)(1).

2.    **Heinous, Cruel, and Depraved Manner of Committing the Offense.** JORDANISH TORRES GARCIA committed the offense in an especially heinous, cruel, and depraved manner in that it involved torture or serious physical abuse of K.A. 18 U.S.C. § 3592(c)(6).

3.    **Pecuniary Gain.** JORDANISH TORRES GARCIA committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value. 18 U.S.C. § 3592(c)(8).

4.    **Substantial Planning and Premeditation.** JORDANISH TORRES GARCIA committed the offense after substantial planning and premeditation to cause the death of K.A. 18 U.S.C. § 3592(c)(9).

(D)    <u>Other, Non-Statutory Aggravating Factors Identified Under 18 U.S.C. § 3593(a)(2):</u>

1.    **Participation in Murder of J.G.C.** JORDANISH TORRES GARCIA intentionally murdered J.G.C. in connection with an attempted Hobbs Act robbery on or about April 10, 2024, the day before JORDANISH TORRES GARCIA carjacked, kidnapped, and murdered K.A.

3

2.   **Participation in Other Serious Acts of Violence.** JORDANISH TORRES GARCIA intentionally carjacked, kidnapped, and murdered K.A. following his commission of other serious acts of violence, to include an armed home invasion on or about January 18, 2024; an armed Hobbs Act robbery and assault on or about February 9, 2024; and an armed Hobbs Act robbery on or about February 15, 2024.

3.   **Victim Impact.** JORDANISH TORRES GARCIA caused injury, harm, and loss to K.A. as well as to the family and friends of K.A. The injury, harm, and loss caused by JORDANISH TORRES GARCIA with respect to K.A. is evidenced by K.A.'s personal characteristics and by the impact of K.A.'s death upon her family and friends.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
E-mail: megan.testerman@usdoj.gov

*/s/ Michael P. Felicetta*
MICHAEL P. FELICETTA
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
E-mail:     Michael.Felicetta@usdoj.gov

4

**U.S. v. Jordanish Torres Garcia et al.**        **Case No. 6:24-cr-137-CEM-RMN**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Sarah Megan Testerman*
> Sarah Megan Testerman
> Assistant United States Attorney
> Florida Bar No. 0124884
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:   (407) 648-7500
> Facsimile:    (407) 648-7643
> E-mail: megan.testerman@usdoj.gov

5